UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO SOSOF MENDOZA,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Senior Warden Otay Mesa Detention Center; TODD BLANCHE, Acting United States Attorney General; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PATRICK DIVVER, ICE San Diego Field Office Director, in their official capacities,<br><br>                    Respondents. | Case No.: 26-cv-3378 JES MSB<br><br>**ORDER:**<br><br>**(1) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) SETTING BRIEFING SCHEDULE; and**<br><br>**(3) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION** |

     Before the Court is Petitioner Saturnino Sosof Mendoza's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition").

     Respondent is **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **June 9, 2026**. The Response shall include **any documents relevant to the determination of the issues raised in the**

1

**Petition** and address whether an evidentiary hearing on the Petition is necessary. Respondent **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner may file an optional Traverse in support of the Petition no later than 5:00 p.m. on **June 11, 2026**. After the petition has been fully briefed, the Court will determine whether it is appropriate to take the matter under submission or if oral argument is required.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

**IT IS SO ORDERED.**

Dated: June 4, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

26-cv-3378 JES MSB